NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
PAUL G. STERN (Cal. Bar No. 162734)
Assistant United States Attorney
Senior Litigation Counsel
EDDIE A. JUAREGUI (Cal. Bar No. 297986)
JOSEPH P. WOODRING (Cal. Bar. No. 272940)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894--0715
    Facsimile: (213) 894-6269
    E-mail:    Paul.Stern@usdoj.gov
            Eddie.Juaregji@usdoj.gov
            Joseph.Woodring@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ERIC PULIER and<br>JON WALDRON,<br><br>       Defendants. | No. CR 17-599-AB<br><br>GOVERNMENT'S EX PARTE APPLICATION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a) |
|---|---|

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Lawrence S. Middleton, hereby files its ex parte application to dismiss the pending indictment in the above-captioned case as to both defendants with prejudice, pursuant to Fed. R. Crim. P. 48(a).

The government has been in regular communication with counsel for defendant Pulier, and defendant Pulier does not object to this ex parte application.  Defendant Waldron has not made an appearance in this case and the government has not contacted counsel for defendant Waldron, who is in Australia, to get his position on this ex parte application.

This application is based upon the attached memorandum and the files and records in this case.

Dated: December 18, 2018          Respectfully submitted,

                                  NICOLA T. HANNA
                                  United States Attorney

                                        /s/
                                  _____
                                  LAWRENCE S. MIDDLETON
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

<u>**MEMORANDUM**</u>

Rule 48(a) of the Federal Rules of Criminal Procedure provides that the government may, with leave of court, dismiss an indictment. The government hereby seeks leave of court to dismiss the indictment in the above-captioned case with prejudice as to both defendants. The government makes this request in the interests of justice.