UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-599-AB |
| Plaintiff, | ORDER |
| v. | |
| ERIC PULIER and JON WALDRON, | |
| Defendants. | |

//

//

//

//

//

//

//

Having reviewed the government's ex parte application to dismiss the indictment in the above-captioned case with prejudice as to both defendants, IT IS HEREBY ORDERED as follows:

1. At the request of the government, the indictment in the above-captioned case is hereby dismissed with prejudice as to defendant Eric Pulier and as to defendant Jon Waldron.

2. The trial date, February 26, 2019, and the status conference date, February 8, 2019, are vacated.

3. Any and all bonds in this case are exonerated.

4. The Arrest Warrant as to Defendant Jon Waldron is recalled.

IT IS SO ORDERED.

December 20, 2018
DATE

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

CC: PSA, USM

Presented by:

/s/
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division